FILED

08 JUN 11 PM 3:46

BY: ECL                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

UNITED STATES OF AMERICA,      )      Criminal Case No. '08 CR 1901 JLS
                                )
                Plaintiff,      )      I N D I C T M E N T
                                )
        v.                      )      Title 8, U.S.C., Secs. 1326(a)
                                )      and (b) - Deported Alien Found
HUGO NOE CRESPO-TINOCO,         )      in the United States
                                )
                Defendant.      )
_____)

The grand jury charges:

On or about April 22, 2008, within the Southern District of California, defendant HUGO NOE CRESPO-TINOCO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

//

WMC:fer:San Diego
6/9/08

1    It is further alleged that defendant HUGO NOE CRESPO-TINOCO was

2  removed from the United States subsequent to July 13, 1994.

3    DATED: June 11, 2008.

4    A TRUE BILL:

7    Foreperson

8  KAREN P. HEWITT
   United States Attorney

10  By:

    W. MARK CONOVER
11    Assistant U.S. Attorney

2