```
                                    FILED

                            08 JUN 11 PM 3:45


                         BY:    ECL       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1901    JLS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| HUGO NOE CRESPO-TINOCO, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Hugo Noe Crespo-Tinoco</u>, Criminal Case No. 08CR1669-JLS.

DATED: June 11, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney