| | |
|---|---|
| 1 | KAREN P. HEWITT |
|  | United States Attorney |
| 2 | Caroline P. Han |
|  | Assistant United States Attorney |
| 3 | California Bar No. 250301 |
|  | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|  | San Diego, California  92101-8893 |
| 5 | Telephone:  (619) 557-5220 |
|  | Email: caroline.han@usdoj.gov |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1901-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUGO NOE CRESPO-TINOCO, | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **MOTION HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline Han, Assistant United States Attorney, and defendant Hugo Noe Crespo-Tinoco by and through his attorney, David Peterson, Federal Defenders of San Diego, Inc., herein jointly request this Court to continue the motion hearing currently set for September 5, 2008 at 1:30 pm to September 19, 2008 at 1:30 pm because Government counsel is out of the district on September 5, 2008.

DATED:       August 13, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ *Caroline P. Han* | s/David Peterson |
| Caroline P. Han | David Peterson, Esq. |
| Assistant United States Attorney | Attorney for Defendant Crespo-Tinoco |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1901-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| HUGO NOE CRESPO-TINOCO, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **JOINT MOTIONS TO CONTINUE MOTION HEARING** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    David Peterson
    *Attorney for the defendant*

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2008.

    /s/ *Caroline P. Han*
    _____
    CAROLINE P. HAN