UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO NOE CRESPO-TINOCO,<br><br>Defendant. | Criminal Case No. 08CR1901-JLS<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF MOTION HEARING** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint motion to continue the motion hearing be GRANTED, and that the motion hearing be continued from September 5, 2008 at 1:30 pm to September 19, 2008 at 1:30 pm.

IT IS SO ORDERED.

DATED: August 15, 2008

                                                                                                  *Janis L. Sammartino*
                                                                                                  Honorable Janis L. Sammartino
                                                                                                  United States District Judge