1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-mail: david_peterson@fd.org

5  Attorneys for Mr. Crespo-Tinoco

6

7

8                    UNITED STATES MAGISTRATE COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JANIS L. SAMMARTINO)**

11  UNITED STATES OF AMERICA,          )    Case No. 08CR1901-JLS
                                       )
12              Plaintiff,             )
                                       )    **AMENDED JOINT MOTION TO CONTINUE**
13  v.                                 )    **MOTION HEARING**
                                       )
14  HUGO NOE CRESPO-TINOCO,            )
                                       )
15                                     )
                Defendant.             )
16  _____)

17

18  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY;
           CAROLINE P. HAN, ASSISTANT UNITED STATES ATTORNEY:

19

20       IT IS HEREBY REQUESTED by the parties in the case, the defendant, Hugo Noe Crespo-Tinoco,

21  by and through his counsel, David M.C. Peterson, Esq., and plaintiff, United States of America, by and

22  through its counsel, Karen P. Hewitt, United States Attorney, and Caroline P. Han, Assistant United States

23  Attorney, and that the motion hearing in the above entitled case scheduled for Friday, September 19, 2008

24  at 1:30 p.m., be continued to Friday, October 3, 2008 at 1:30 p.m.

25  //

26  //

27  //

28  //

1    Undersigned defense counsel called the court's judicial assistant to obtain the new motion hearing date.

2    A proposed order with respect to this joint motion is being submitted directly to the Court via

3    efile_sammartino@casd.uscourts.gov.

4                                              Respectfully submitted,

5

6
                                                _/s/ David M.C. Peterson_____
7    Dated: September 5, 2008                   **DAVID M.C. PETERSON**
                                                Federal Defenders of San Diego, Inc.
8                                               Attorneys for Mr. Crespo-Tinoco

9

10
     Dated: September 5, 2008                    /s/ _Caroline P. Han_____
11                                              **CAROLINE P. HAN**
                                                Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   H:\DMP\CASES\1326 CASES\CRESPO-TINOCO\JNT.MTN.TO.CONT.WPD

                                              2                              08CR1901-JLS

1

**CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and

3  belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4      Courtesy Copy to Chambers

5      Copy to Assistant U.S. Attorney via ECF NEF

6      Copy to Defendant

7  Dated:  September 5, 2008                     /s/ DAVID M. PETERSON
                                           Federal Defenders of San Diego, Inc.
8                                          Attorneys for Mr. Flores-Suarez
                                           david_peterson@fd.org (email)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28